UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                                                 <u>DECISION AND ORDER</u>

                                                                                 06-CR-6037L

                           v.

JULIUS WILLIAMS-BETHAL,

                              Defendant.
_____

      Sentencing on remand from the Second Circuit is currently scheduled for August 12, 2009. The Government moved (Dkt. #115) on August 3, 2009 to adjourn the sentencing, without date, pending the filing of a petition for *certiorari* with the United States Supreme Court in this case, or in other cases involving the issue that occasioned the remand to this Court.

      The Government's motion is granted, in part, at this time and the sentencing currently scheduled for August 12, 2009 is adjourned without date.

      Defendant must respond to the Government's motion within two weeks of entry of this Decision and Order indicating its position on the Government's request.

      IT IS SO ORDERED.

                                                               _____
                                                                  DAVID G. LARIMER
                                                             United States District Judge

Dated: Rochester, New York
        August 5, 2009.